**No. 63074.**—F. C. Mackay *v.* United States, protest 239926-K (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

**No. 63075.**—Swift & Co. *v.* United States, protests 248154-K, 253609-K, and 253613-K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

**No. 63076.**—J. J. Hayes Company *v.* United States, protests 58/12526, 58/13730, and 58/15787 (New York).

Opinion by DONLON, J. The protests were dismissed.

**No. 63077.**—Mrs. G. Frankel *v.* United States, protest 58/13357 (New York).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

MAY 12, 1959

**No. 63078.**—SUIT 4945.—United States *v.* Quon Quon Company.—

—C.D. 1908 affirmed January 9, 1959. C.A.D. 699.